No. 22-5910

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 20, 2023
DEBORAH S. HUNT, Clerk

ROBERT W. JOHNSON,

    Plaintiff-Appellant,

v.

HARTFORD MEDICAL BILL PROCESSING CENTER, et al.,

    Defendants-Appellees.

O R D E R

Before: MURPHY, Circuit Judge.

Robert W. Johnson, proceeding pro se, appeals the dismissal of his complaint for failure to comply with the district court's order to pay the filing fee and prosecute his case. Johnson moves this court to proceed in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(5).

Johnson filed a complaint against Hartford Medical Bill Processing Center, Northern Lights Chiropractic, Rebecca Keshmiri, and Hartford Insurance Company. He asserted that he "was sexually assaulted by a male chiropractor at Northern Lights Chiropractic on a number of [occasions] while receiving chiropractic treatment." He asserted that Northern Lights and Keshmiri "committed medical malpractice and failed to properly treat" him and that both Hartford defendants "failed to compensate and provide medical coverage for" him. He sought monetary relief and "ownership of pro se corporations."

Because Johnson submitted the short-form prisoner application for pauper status, rather than the long-form non-prisoner application, the district court denied his pauper application without prejudice and ordered him to either submit an amended long-form pauper application or pay the full filing fee within 30 days. The district court warned Johnson that failure to comply with the order would result in dismissal of his complaint. Johnson submitted an amended

application to proceed in forma pauperis. However, the district court pointed out that the amended pauper application contained "essentially no information" because Johnson "answered zero or 'N/A' . . . to every question concerning income, assets, and expenses." Therefore, the district court denied the amended pauper application without prejudice to Johnson's submission of a second amended pauper application or payment of the full filing fee within 30 days. The district court advised Johnson that this was his "final opportunity" to submit an acceptable pauper application and once again warned him that his complaint may be dismissed if he failed to comply with the order.

Johnson submitted a second amended pauper application, but like his previous amended application, it did not comply with the district court's order. It did not include any financial information, answering "zero" to questions about income, assets, and expenses. Noting its deficiencies, the district court denied Johnson's second amended pauper application, ordered him to pay the full filing fee within 30 days, and warned him that his complaint would be dismissed for failure to prosecute if he failed to do so. *See* Fed. R. Civ. P. 41(b).

Johnson did not comply with the district court's order. Instead, he filed a notice of appeal and this motion to proceed in forma pauperis.

This court may grant a motion to proceed in forma pauperis if it determines that an appeal would be taken in good faith and the movant is indigent. *Owens v. Keeling*, 461 F.3d 763, 776 (6th Cir. 2006). A frivolous appeal, one that "lacks an arguable basis either in law or in fact," would not be taken in good faith. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Any appeal of the district court's order would be frivolous. A district court may dismiss a complaint when the plaintiff fails to comply with a court order to either file a proper in forma pauperis application or pay the full filing fee. *Steward v. City of Jackson, Tenn.*, 8 F. App'x 294, 296 (6th Cir. 2001). Johnson neither submitted an acceptable application to proceed in forma pauperis nor paid the full filing fee within the time provided by the district court's multiple deficiency orders, despite warnings that failure to do so would result in dismissal of his complaint.

No. 22-5910
- 3 -

Accordingly, the motion to proceed in forma pauperis is **DENIED**. Unless Johnson pays the $505 filing fee to the district court within 30 days of the entry of this order, this appeal will be dismissed for want of prosecution.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk